IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POWER ROGERS & SMITH, P.C., an Illinois Professional Corporation, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | **No. 14 CV 5004** |
| ) | |
| EAGAN AVENATTI, LLP, a California Limited Liability Partnership f/k/a EAGAN O'MALLEY & AVENATTI, LLP; and MICHAEL J. AVENATTI, Individually, )<br>)<br>)<br>)<br>)<br>) | Judge Harry D. Leinenweber<br>Magistrate Daniel G. Martin |
| Defendants. ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:    All Counsel of Record

Please take notice on July 22nd, 2014 at 9:30 am, or as soon as thereafter as counsel may be heard, counsel for Plaintiffs shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then Plaintiff's Motion to Remand which has been served on you through the Court's CM/ECF system.

Dated: July 8, 2014


                                /s/   Sean M. Houlihan
                                     Counsel for Defendants



Sean M. Houlihan
Power, Rogers & Smith
70 West Madison, #5500
Chicago, IL 60602
#312/236-9381

**CERTIFICATE OF SERVICE**

      I certify that a copy of the attached Notice and Plaintiff's Motion were filed with the Clerk of the US District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, and that a copy of each was sent via electronic delivery on July 8, 2014 to all counsel of record in this case.

                                          /s/ Sean M. Houlihan